UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**          U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**   Federal Square, Newark, NJ 07101
                                     (973) 645-6596

March 13, 2008

Charles R. Virginia
Barnes, Iaccarino, Virginia,
  Ambinder & Shepherd, PLLC
111 Broadway
14th Floor
New York, New York 10006

Marc H. Supcoff
Olender, Feldman, LLP
2840 Morris Avenue
Union, New Jersey 07083

## LETTER ORDER

    RE:    PAT ANGELO, et al. v. ANTAR
            Civil Action No. 07-3218(FSH)

Dear Counsel:

       The scheduling conference scheduled for March 14, 2008 has been rescheduled for **April 15, 2008 at 1:00 p.m.** The joint discovery plan shall be submitted to the Chambers of the Undersigned on **April 8, 2008**. Kindly mark your calendars accordingly.

                                    SO ORDERED.

                                      s/Patty Shwartz
                                    **United States Magistrate Judge**